1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| RODNEY DARNELL CLEMONS, | Case No. CV 22-5719 MWF (MRW) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R.C. JOHNSON, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated:  August 10, 2023        _____
                                                    MICHAEL W. FITZGERALD
                                                    United States District Judge