JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DARNELL CLEMONS,<br><br>Petitioner,<br><br>v.<br><br>R.C. JOHNSON, WARDEN,<br><br>Respondent. | Case No. CV 22-5719 MWF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: August 10, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge